UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY

V.                              CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/11/99   Docket # 80<br><br>[x] Dft. ANGELA & ANGEL RAMOS IRIZARRY<br><br>Title: MOTION REQUESTING EXTENSION OF TIME TO FILE RECONSIDERATION.... | DENIED without prejudice subject to outcome of settlement negotiations. |

| MOTION | RULING |
|---|---|
| Date Filed: 8/11/99   Docket # 81<br><br>[x] Dft. MR. & MRS. FERNANDO RIVERA VARELA<br><br>Title: MOTION REQUESTING AN EXTENSION OF TIME TO FILE A MOTION FOR RECONSIDERATION.... | DENIED without prejudice subject to outcome of settlement negotiations. |

August 31, 1999              RAYMOND L. ACOSTA
    Date                     U.S. District Judge

Rec'd: SEP - 3 1999   EOD:
By: # 83