UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY

V.  CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/9/99    Docket # 79 | DENIED without prejudice subject to outcome of settlement negotiations. |
| [x] Dft. ANGEL A. RAMOS IRIZARRY | |
| Title: MOTION BY ANGEL ALEXIS RAMOS IRIZARRY REQUESTING RECONSIDERATION... | |

August 31, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:    EOD:
SEP - 3 1999
By: # 84