RECEIVED & FILED
1999 OCT -7 AM 8:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY,

Plaintiff,

v.                                              CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA, et al.,

Defendants.

### ORDER INSTRUCTING BANCO SANTANDER TO REISSUE CHECK AND EXTENDING TERM TO SUBMIT SETTLEMENT STIPULATION

Plaintiff's Motion Requesting Issuance of Order and Request of Extension of Time, filed on September 29, 1999 (docket No. 86), is **GRANTED**.

It appearing that check # 1278300 issued by BANCO SANTANDER DE PUERTO RICO, Manatí Branch, in the amount of **$25,000.00** and made payable to DR. ANDRES A. RAMOS IRIZARRY has not been cashed, BANCO SANTANDER DE PUERTO RICO is hereby ORDERED to reissue the aforementioned check for the same amount made payable to **FERNANDO RIVERA VARELA** and deliver it to JOSE ALBERTO SOSA, ESQ. or his authorized representative.

The parties shall file the settlement stipulation on or before **November 12, 1999.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 6 day of October, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)