UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FI[LED]
1999 NOV 30 AM
CLERK'S OFFICE
U.S. DISTRICT COU[RT]
SAN JUAN, PR

ANDRES ARMANDO RAMOS IRIZARRY

V.                    CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/10/99   Docket # 88 | Payment to codefendants VARELA is **NOTED**. |
| [x] Plff. | The term to submit the stipulation is extended until **December 22, 1999**. |
| Title: INFORMATIVE MOTION AND REQUEST OF EXTENSION OF TIME | |

November 26th, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:          # 89

5