UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN -4 PM 12: 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

ANDRES ARMANDO RAMOS IRIZARRY

V.                          CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/21/99   Docket # 90<br><br>[x] Plff.<br><br>Title: INFORMATIVE MOTION AND REQUEST OF EXTENSION OF TIME | GRANTED. The term to submit the stipulation is extended until **February 15, 2000.** |

January 3, 2000           RAYMOND L. ACOSTA
      Date                U.S. District Judge

Rec'd:        EOD:

By:      # 91