**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

ANDRES ARMANDO RAMOS IRIZARRY


        **V.**                          **CIVIL NO. 97-1049 (RLA)**


FERNANDO RIVERA VARELA


                               O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 2/14/2000  **Docket # 92**  [x] **Plff.**  **Title:** INFORMATIVE MOTION AND REQUEST OF EXTENSION OF TIME | **GRANTED.** The term to submit the stipulation is extended until **March 15, 2000.**  Plaintiff is reminded that the stipulation was originally due on **October 15, 1999** pursuant to the August 25, 1999 Conference. Accordingly, plaintiff is admonished that failure to submit the aforementioned stipulation or otherwise show cause by the March 15, 2000 shall result in the imposition of sanctions. |


February ⎰⎱, 2000

Date

**RAYMOND L. ACOSTA
U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| **By:** # | 93 |

5