IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY,

    Plaintiff,

    v.

FERNANDO RIVERA VARELA, et al.,

    Defendants.

CIVIL NO. 97-1049 (RLA)

### ORDER IN THE MATTER OF EXTENSION OF TIME TO FILE STIPULATION

Plaintiff's Motion Showing Cause, filed on March 15, 2000 (**docket No. 94**) is disposed of as follows.

The Court takes notice that plaintiff circulated a proposed settlement stipulation to opposing counsel on or about **March 8, 2000** and that defendants have not yet submitted their counter-proposals. Plaintiff is silent, however, as to what transpired between **October 15, 1999**, the original deadline for filing the stipulation, and **March 8, 2000** when the draft was first forwarded to the defendants. Further, no explanation is given as to what efforts, if any, were taken by plaintiff in this regard from the date our Order was issued on **February 16, 2000** until one week prior to the last deadline set by the Court.

Plaintiff's request for additional time is hereby **GRANTED** and the term for the filing of the duly executed stipulation is extended

CIVIL NO. 97-1049 (RLA)                                              Page 2

until **April 14, 2000**. However, plaintiff is admonished that failure to comply with this deadline may result in the imposition of sanctions against him and/or counsel personally.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20 day of March, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)