IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FIL
'00 MAY -2  AM 10:
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN P.R.

ANDRES ARMANDO RAMOS IRIZARRY, '

    Plaintiff,    '

    v.    '    CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA,
ET AL.,

    Defendants.    '

## ORDER SCHEDULING STATUS CONFERENCE

Plaintiff's Informative Motion and Request of Status Conference filed on April 14, 2000, **docket No. 96,** is GRANTED.

Accordingly, a **Status Conference** is hereby scheduled for **May 3, 2000, at 3:30 p.m.** before the undersigned.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 27th day of April, 2000.

           RAYMOND L. ACOSTA
        United States District Judge