IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY,

    Plaintiff,

v.                            CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA, et al.,

    Defendants.

### CONSENT JUDGMENT

The Stipulation for Consent Judgment filed by the parties on May 22, 2000 is **APPROVED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be and the same are bound by the terms of the aforementioned Stipulation which are incorporated herein in *extenso*.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25th day of May, 2000.

                              RAYMOND L. ACOSTA
                              United States District Judge

AO 72
(Rev 8/82)