IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY,

    Plaintiff,

v.       CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA, et al.,

    Defendants.

### ORDER FOR PLAINTIFF TO SHOW CAUSE

It appearing from the motion filed by codefendants ANGELA ARAMINTA and ANGEL ALEXIS RAMOS IRIZARRY that plaintiff has failed to comply with the terms of the Stipulation for Consent Judgment filed by the parties on May 22, 2000 (docket No. 100) and approved by the Court on May 25, 2000 (docket No. 101),

It is hereby ORDERED that plaintiff ANDRES ARMANDO RAMOS IRIZARRY shall appear on **February 5, 2002 at 2:00 p.m.** to show cause, if any, why he should not be found in contempt of court.

Copy of this Order together with copy of the Motion Requesting Hearing (docket No. 102) shall be served by the Clerk of the Court upon JOSE ALBERTO SOSA, ESQ. USDC-PR 208602 at the law firm of FIDDLER, GONZALEZ & RODRIGUEZ.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10th day of January, 2002.

RAYMOND L. ACOSTA
United States District Judge



AO 72
(Rev 8/82)