IN THE UNITED STATES DISTRICT COURT
OR THE DISTRICT OF PUERTO RICO



ANDRES RAMOS-IRIZARRY

VS.                                CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA-VARELA, et al

## ORDER

By Order of Hon. Judge Raymond L. Acosta, the **ORDER TO SHOW CAUSE HEARING** scheduled for February 5, 2002 at 2:00 p.m., **is hereby vacated and changed to STATUS CONFERENCE to be held on FEBRUARY 25, 2002 at 2:00 P.M.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of February, 2002.

FRANCES RIOS DE MORAN
Clerk of the Court

By: /s/ Yelitza Rivera-Buonomo
Yelitza Rivera-Buonomo
Deputy Clerk