IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY,

    Plaintiff,

v.       CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA, et al.,

    Defendants.

**MINUTES OF STATUS CONFERENCE
HELD ON FEBRUARY 5, 2002
AND SETTING DEADLINE FOR FILING JOINT STATUS REPORT**

    A STATUS CONFERENCE was held on February 5, 2002 from 2:30 to 2:45 p.m. Due to the fact that the Order changing the Order to Show Cause Hearing to a Status Conference improvidently rescheduled it for February 25, 2002[1] only JOSE A. SOSA-LLORENS, ESQ., representing plaintiff, was present.[2]

    MR. SOSA advised that his client is in the best disposition to comply with his responsibilities under the Stipulation approved by the court.

    Accordingly, counsel shall meet and file a JOINT STATUS REPORT **no later than March 5, 2002** setting forth with particularity the

---

[1] See Order issued on February 4, 2002 (docket No. 105).

[2] MR. SOSA had called to verify the status of his Motion in Reply to Order to Show Cause, filed on January 30, 2002 (docket No. 104) and was notified that the Conference would be held on February 5, 2002 the date originally set aside for the Hearing.

AO 72
(Rev 8/82)

**CIVIL NO. 97-1049 (RLA)**                                              **Page 2**

steps to be taken by them to comply with the terms of the Consent Judgment entered in this case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 7th day of February, 2002.

_____
RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)