IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY,

    Plaintiff,

v.

FERNANDO RIVERA VARELA, et al.,

    Defendants.

CIVIL NO. 97-1049 (RLA)

### ORDER INSTRUCTING COUNSEL TO APPEAR
### AND DISPOSE OF OUTSTANDING ISSUES

Given the constant complaints by the attorneys of their inability to meet with opposing counsel to dispose of the remaining issues in these proceedings,[1] the parties are hereby ORDERED to appear before the undersigned on **March 21, 2002 at 10:00 a.m.** prepared to conclude all matters pertaining to their respective responsibilities under the Stipulation approved by the court on **May 25, 2000.**

Counsel are admonished that failure to comply with the terms of this Order shall result in the imposition of sanctions including but not limited to the imposition of sanctions against counsel personally.

IT IS SO ORDERED.

San Juan, Puerto Rico, this ___ day of March, 2002.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See Motion in Requesting Relief, filed by plaintiff on March 5, 2002 and Motion Requesting Hearing filed by defendants ANGELA and ANGEL RAMOS IRIZARRY on December 18, 2001.

AO 72
(Rev 8/82)