IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY,

    Plaintiff,

    v.                                CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA, et al.,

    Defendants.

**ORDER VACATING CONFERENCE
AND SETTING DEADLINE FOR PLAINTIFF TO SUBSCRIBE AFFIDAVIT**

The Motion to Vacate Status Conference, filed by codefendants ANGELA ARAMINTA and ANGEL ALEXIS RAMOS IRIZARRY is hereby **GRANTED**. Accordingly, the Conference scheduled for March 21, 2002 is hereby **VACATED**.

It is further ORDERED that plaintiff, DR. ARMANDO IRIZARRY, (1) shall forward to petitioners the aforementioned affidavit duly subscribed **on or before April 10, 2002** and (2) shall so certify to the court in writing by even date.

Counsel are admonished that failure to comply with the terms of this Order shall result in the imposition of sanctions including but not limited to the imposition of sanctions against counsel personally.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20 day of March, 2002.

                                  RAYMOND L. ACOSTA
                                  United States District Judge