UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANDRES ARMANDO RAMOS IRIZARRY

V.                                      CIVIL NO. 97-1049 (RLA)

FERNANDO RIVERA VARELA

# O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 4/8/02   Docket # 111 | NOTED. |
| [x] Plff. | |
| Title: MOTION IN COMPLIANCE WITH ORDER | |

April 18, 2002                     RAYMOND L. ACOSTA
    Date                           U.S. District Judge

Rec'd:          EOD:

By: mr   # 112